Frederick L. Colwell, Appellant, v. Genevieve R. Colwell, Respondent.— Order modified as directed in opinion, and affirmed as modified, without costs.—

PER CURIAM: The allowance for alimony and costs made by the Special Term we regard as excessive. The order should be modified so as to award to the defendant $50 a month for alimony, $200 for alimony prior to May

8, 1895, and $100 for counsel fee. Order modified accordingly, and affirmed as modified, without costs. Present — Van Brunt, P. J., O'Brien and Parker, JJ.